FRAZIER v. WILKES.

(Filed April 28, 1903.)

NEGLIGENCE—*Damages—Accidents—Railroads—Personal Injuries.*

No act or omission, though resulting in damage, can be deemed actionable negligence unless the one responsible could, by the exercise of ordinary care, under all the circumstances, have foreseen that it might result in damage to some one.

ACTION by A. H. Frazier against Jane R. Wilkes, heard by Judge *Thomas J. Shaw,* at March Term, 1903, of the Superior Court of MECKLENBURG County. From a judgment of non-suit, the plaintiff appealed.

*Burwell & Cansler* and *Jones & Tillett,* for the plaintiff.
*Maxwell & Keerans,* for the defendant.

PER CURIAM. The facts in the case come clearly within the language of Justice MONTGOMERY speaking for the court in *Raiford v. Railroad,* 130 N. C., 597: "No act or omission, though resulting in damage, can be deemed actionable negligence unless the one responsible could, by the exercise of ordinary care, under all the circumstances, have foreseen that it might result in damage to some one." This is one of those

misfortunes against which no reasonable human foresight could have made provision.

Affirmed.

WALKER, J., having been of counsel did not sit on the hearing of this case.